IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01961-CMA-MEH

ARIANA DAWN PINARD-GARVIN, a minor,
by and through her parents, Rene Watkins and Warren Watkins,

   Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

   Pursuant to the Notice of Settlement Agreement and Joint Motion To Dismiss With Prejudice (Doc. # 14), signed by the attorneys for the parties hereto, it is

   ORDERED that this matter is DISMISSED WITH PREJUDICE.

   DATED at Denver, Colorado, this  28th  day of February, 2011

                              BY THE COURT:

                              CHRISTINE M. ARGUELLO
                              United States District Court Judge